ATTENTION  CHIEF JUSTICE LEE ROSENTHAL

DATE 12-26-2023

Dear Judge Rosenthal,

United States Courts
Southern District of Texas
FILED

JAN 0 2 2024

Nathan Ochsner, Clerk of Court

      Please find enclosed 20 page complaint with TRO and IFP request.

      I am requesting that the medical portions of this complaint be kept under seal, as the information can be used by tdc officers against me.

      Also, I have had years of problems with your clerk, and am requesting that you ensure that teh protions of this complaint on defendants in Austin, be severed and transfered to the Austin federal courts whom has injunctive jurisdiction over this matter

PETITIONERS MOTION FOR LEAVE TO SEAL MEDICAL COMPLAINT AND SEVERE AUSTIN DEFENDANTS TO AUSTIN FEDERAL COURTS.

RE STATE OF TEXAS CORPORATION: GOVERNOR: HOUSE SPEAKER AND ALL MEMBERS: SENATE SPEAKER ADN ALL MEMBERS: TEXAS BOARD OF PARDONS COMMISIONER AND ALL BOARD MEMEBERS: TEXAS BOARD OF PAROLE AND ALL MEMBERS AND COMMISIONER. TEXAS BOARD OF CRIMINAL JUSTICE  DIRECTOR PATRICK OLEAHY AND ALL MEMBERS.

      Thank you  for your tiem and consideration.

Sincerely,


Dr. B. Patrick Emmett

attention houston and austin federal court

      reguarding the 20 page complaint enclosed, the houston
portion needs to be titled:

V TEXAS BOARD OF CRIMINAL JUSTICE DIRECTOR


      The austin portion needs to be titled


X TEXAS BOARD OF PARDONS COMMISIONER


      Both submissions meet bar exception  for iFP request in that
each has elemenst  in  which I will suffer irreperable harm if not
allowed to move informa pauperis

      I currently have $6, 000 on inmate account, and agree to extrac-
tion of 820 dollars  for filing fees, in houstong, and requested severed
suit sent to austin

      Thank you  for your time.


Sincerely,


Dr. B. Patrick Emmett N.D.; PHD

Clerk houston federal courts
12-23-23
RE: seventeen page complaint, and IFP/ TRO motion

Clerk david Bradley et al,
    Enclosed complaint needs to be filed, then severed to the extent that the
parties in austin are addressed by Austin federal courts. Law library refuses
to respond to requests, and priosn staff threw away my legal directory. So, I
need part of this complaint transfere; I have $6,000 on account but am noy able
to get funds off account. I consent to extraction of $810, for houston com-
palint, and the austin complaint.
    I also am requesting copies of dockets 67-72, in file # 2:18-247.

PARTIES TO SUIT:
#1. tdcj corporation;
#2. TDC EXECUTIVE DIRECTOR;
#3. TDCJ ADMINISTRATIVE DIRECTOR;
#4. TDC FOOD SERVICES DIRECTOR;
#5. TDC HEALTH SERVICES DIRECTOR;
#5. TDC GRIEVANCE MAIN OFFICE DIRECTOR;
#6. TDC OMBUDSMAN DIRECTOR;
#&. TDC GANG INTELLIGENCE DIRECTOR AKA S.T.G.( note that S.T.G is all that is written
on confiscation forms on the outgoing and incoming mail. No names is written
nor is any specification addressed on unit or main office.
#8. TDC UIMB STEP TWO GRIEVANCE MEDICAL AUTHORITY AND PATIENT LIASON DIRECTOR
MYRA WALKER;
#9. TDC CENTRAL OFFICE DIRECTOR KEITH CLENDENNEN OR REPLACEMENT);
#10. OWEN MURRAY AND UIMB TEAM( these 2 parties are also whom is over addressing
step 2 medical grievances.
#11. ESTELLE BRACE AND LIMB DOCTOR.;
MAILROOM SYSTEMS CORDINATOR PANEL DIRECTOR
TEXAS BOARD OF CRIMINAL JUSTICE DIRECTOR PATRICK O'LEAHY.


II SEVERANCE ...AUSTIN PARTIES
#1. TEXAS BOARD OF PARDONS AND PAROLE CORPORATION
#2. PARDON BOARD COMMISSIONER AND OR DIRECTOR AND ALL ACTING PARTIES
#3. PAROLE COMMISIONER AND OR DIRECTOR AND ALL ACTING MEMBERS.
#$. state of texas corporation c/c governor;
$3. SENATE SPEAKER AND ALL ACTING MEMBERS;
#4. HOUSE SPEAKER AND ALL ACTING MEMBERS

III. REQUESTED LONG ARM JURISDICTIONAL PARTIES DUE TO WALKER COUNTY TORT REFUSING
FILINGS I AM REQUESTING COURT ENACT SUPPLEMENTAL JURISDICATION ELEMENTS UNDER
1367
#1. 5th CIRCUIT CLERK
#2. DALLAS FEDERAL CLERK KAREN MITCHELL OR INTERIM

PAGE TWO COMPLAINT SUBMITTED, DATED 12-23-23
    The prison is refusing to send off legal amil in my name, so thsi will
be amiled out 3rd aprty.

    Both suits have aspects of life endangement, i am requesting informa
pauperis on both suits.

Submitted by,


DrB. Patrick Emne ND; PHD
tdc torture element
destination nowehre ville
bill of lading 1383329

        EXTRANEOUS PARTIES


    lII
    #1. GLOBAL PACKIGIN INDISTRIES
    address unknow
    re: DECEPTIVE TRADE AND PRACTICES ACT
    #2. NATURAL CHOICE ( vitamin compnay)
    re; listing daily essential formula when 'iodine' is excluded).
    note: when i filed habeas corpus 3:21-1581, and attatched my PHD thesis that
    addressed that all   unsolvable medicla ailment are from croosss contamination
     its my personal belief that tdc director conspired with "NATURAL CHOICE"
    vitamin company to both contaminate  vitamins with gluten, and also excl;ude
    iodien intentionaly. Al the bare minimun,  the  open source publication of
    my PHD thesis subjected review of the literature to company AI, and  teh inclusive
    in fonnation was used against me, and the entire system of tdc

Global Pacaging Industries started using alumino silicate salt directly after
I  mailed out article on aluminum salt, causing ADD and ADHD. Since  i filed  on
the amtter in file 6:20-655(inactive), global started listing only 'salt'.
Since  thsi has occured, I am unable to read a book or concentrate. So, I am
filing against TDC helath services division for not treating serious medcial
condition, to where it is interfering with my line of emploement and 1st amen-
mendt rights, whicn is producing publications  that are predicated upon medical sc-
ience, and health. Please see inclusive fact that tdc utmb has overtruned l;ongstanding
gluten restrictive diet, in place since 2012. (see record 8-3-2012. This was done
inretaliation to forcing hypercaloric addition to meals 3 times daily.note:
the abrogation of gluten restricted diet occured in 2015 and  also 2022. The en-
clsoed example is merely for example, suit is filed against the 2022 occurance).
I need the addition of adderall and vavance to medications regimenst to treat
ADD and ADHD; both of which i  listed in phd thesis as beign caused by aluminum add-
itives in simple items such as deoderants in article tiled "COMMON APPLICATION
TO MENTAL DISORDERS"( see at 3;21-1581)

Clerk houston federal courts
12-23-23
RE: seventeen page complaint, and IFP/ TRO motion

Clerk david Bradley et al,
    Enclosed complaint needs to be filed, then severed to the extent that the parties in austin are addressed by Austin federal courts. Law library refuses to respond to requests, and priosn staff threw away my legal directory. So, I need part of this complaint transfere; I have $6,000 on account but am noy able to get funds off account. I consent to extraction of $810, for houston compalint, and the austin complaint.
    I also am requesting copies of dockets 67-72, in file # 2:18-247.


PARTIES TO SUIT:
#1. tdcj corporation;
#2. TDC EXECUTIVE DIRECTOR;
#3. TDCJ ADMINISTRATIVE DIRECTOR:
#4. TDC FOOD SERVICES DIRECTOR;
#5. TDC HEALTH SERVICES DIRECTOR;
#5. TDC GRIEVANCE MAIN OFFICE DIRECTOR;
#6. TDC OMBUDSMAN DIRECTOR;
#8. TDC GANG INTELLIGENCE DIRECTOR AKA S.T.G.( note that S.T.G is all that is written on confiscation forms on the outgoing and incomming mail. No names is written nor is any specification addressed on unit or main office.
#8. TDC UTMB STEP TWO GRIEVANCE MEDICAL AUTHORITY AND PATIENT LIASON DIRECTOR MYRA WALKER;
#9. TDC CENTRAL OFFICE DIRECTOR KEITH CLENDENNEN OR REPLACEMENT);
#10. OWEN MURRAY AND UTMB TEAM( these 2 parties are also whom is over addressing step 2 medical grievances.
#11. ESTELLE BRACE AND LIMB DOCTOR.;
MAILROOM SYSTEMS CORDINATOR PANEL DIRECTOR
TEXAS BOARD OF CRIMINAL JUSTICE DIRECTOR PATRICK O'LEAHY


II SEVERANCE ...AUSTIN PARTIES
#1. TEXAS BOARD OF PARDONS AND PAROLE CORPORATION
#2. PARDON BOARD COMMISSIONER AND OR DIRECTOR AND ALL ACTING PARTIES
#3. PAROLE COMMISIONER AND OR DIRECTOR AND ALL ACTING MEMBERS.
#$. state of texas corporation c/c governor;
$3. SENATE SPEAKER AND ALL ACTING MEMBERS;
#4. HOUSE SPEAKER AND ALL ACTING MEMBERS

III. REQUESTED LONG ARM JURISDICTIONAL PARTIES DUE TO WALKER COUNTY TORT REFUSING FILINGS I AM REQUESTING COURT ENACT SUPPLEMENTAL JURISDICATION ELEMENTS UNDER 1367
#1. 5th CIRCUIT CLERK
#2. DALLAS FEDERAL CLERK KAREN MITCHELL OR INTERIM

PAGE TWO COMPLAINT SUBMITTED, DATED 12-23-23
        The  prison is refusing to send off legal amil in my name, so thsi will
be amiled out 3rd aprty.

        Both suits have aspects of life endangerment, i am requesting informa
pauperis on both suits.

Submitted  by,


DrB. Patrick Emme ND; PHD
tdc torture element
 destination nowehre ville
bill of lading 1383329

litigation 12-23

MOTION FOR LEAVE TO FILE TEMPORARY RESTRAINING OR, PRELIMINARY INJUNCTION
AND PROCEED INFORMAPAUPERIS
   #1.   I will suffer ireversible harm if not allowed to proeed infor
mapauperis and granted  TRO and PRELIMINARY INJUNCTION:
   #2.  My eye needs what is called retinal replacement surgery; and,
as  of date, Japan is only place that offers this surgery. b.  i also need
what is called cornea replacement surgery as well; and, given that the last
eye surgery by UTMB was botched, this should  also qualify for review
 of TRO and  PRELIMINARY INJUNCTION, on both elements
   A.  mediclay related pardon;
   B.  TDC granted medical furlough;
   C. review of  why walker county refuses to enter final judgement
and default judgement in habeas corpus.
   D. informa pauperis should  also be granted on basis of provable
toxic metal contamination in water supply see 6:21-0001.
   E. IFP TRO should be granted by intentional overriding of gluten
allergen meal by utmb

   Supporting this motion is  17 page complaint that will provide details
more in depth,; and, please also consider fact that i  am unable to  get
tdc to  get money off my account
   F.  The issues with tdc interfering with mail are so drastic, that
my family has strarted to call the prison to see if I am still alive due
to incessant mail disposal; plus,  my father has the same name, and is
experiencing the same problems listed  with UNITED STATES POSTAL SERVICE.
TRO and PRELIM should issue with both of them as well too.

   In reguards, to IFP, Im only asking that court extract the money off
my account; severe the austin issues, and I have $6,000 current on inmate
account; so,  2 400 filing fees, one ofr houston, then one severed and
sent to austin, is what im requesting.

   The most critical issues are  eye surgery, and hernia operation.
If any of 3 methods are employeed, this will satisfy the emergency aspects
I am 5'11" and only 150 pounds, due to not being able to gain weight
from incessant throwing up due to herniation; Next element is I havent had
optometry attention in 14 yrs, im requesting outside service, all paid
for at my own expense.
A. Its in public interest that  public officials obey the law;
B. I will prevail on merrits of the claims.
   Two of the most important prongs  for tro prelim are satisfied to the
extent that  tro should be granted and physicla hearing also needed for
court to see where utmb bothced eye surgery leaving me demonic like with
 a damaged, evil-looking red eye, that permanenetly tears now, and is still
in pain 2 yrs after surgeyr
   Copnsideration should also be granted in all of this, that medical pardon
shoudl be forced, or courts default judgement, or final order in
2015 and 2023, hearings at walker county. I won twice on merrits of
habease  corpus which is explained in detail in 17 page complaint attatched
herein

temporary reestraining order; IFP and prelim, page 2

the issue of lack of iodine in multiple vitamin, no iodine in cereal, overruling of my gluten allergy diet, no vitamin c and e for treatment of lups; no access to sunlight or outside recreation on daily basis. no vitamin d exists in meals, processed powder milk damages any content of vitamin d that may have been inside of normal milk.
Ill reiterate that all commissary vitamins are whw wheat contaminated and that i have gluten allergy( see records 8-12012 -86-2012). moreover, i have been eggregation closed custody for 15 yrs with no access to sunlight; i am aksing the court to force tdc to staff tdc with ability to run outside recreation daily, and  also to force tdc to allow us to take off our shirts at recreation so  our bodies can absorb sunlight on daily basis.

#3. The lack of iodine is life endangering, both physiclay and mentaly. See my own  publication at 6:20-655 titled:"THYROID AXIS"; often euphamized as the 'master-gland'. this controls even cardiac rythum. to kindney and liver funtion The only way to access iodien is via global packing slat, wncih is illeglay absed upon 100% aluminum salt against FDA plociy and law

#4. I have rare eye condition that  is called bi-lateral advanced keratacunus. This causes pain when eye are subjected to light; see records of  2012 glasses being  sunglasses with 30 % tint and diagnosis too of the kerataconus. So, with implimentation of tablet, it casues pain and suffering to use tablet and 'try' and read my mail; so, I am seeking that I be allowed to physicaly receive my mail and pictures as well, as i am unable to  read simp;le  letter for tablet light is too bright. with above, addressed, I need emergecny implimentation of access to salt that is not aluminum based; and access to multivitamin that contains iodien;

#5.  TDC is refusing to treat serioud medical conditions, that were  treated with vivance and  doxepin; and adderall, 30 mg bi daily doxepin 100 mg bi-daily, all providers ahev to do is issue request that i be granted non-formulaic requests; this too applies with lack of renewal of hydro-codone 3 x daily for documented spinal herniation, along with egg carton mattress, back brace, medcial boots, and arch support inserts. Im having balance problems  due to lack of treatment of flat feet, arch supports; one inch differential, leg;

#6. i need tdc to eb forced to allow glasses sent in  along with mediclay lifted shoes, and be forced to provide pain medication for severly damaged spinal column that is documented 2013x-ray. note: see enclosed 'sick-call', in what  is terminolgized as TDC HEALTH SERVICES. With UTMB and UTSWHSC, these are but contract providers, and the ultimate care is is the responsibility of tdc executive director. my atrtgets in TRO and prelim are executive director, patient liason myra walker, ombudsman director hmtsville, adminstrative director, board director patrick o'leahy. This court has jurisdiction over all employees in huntsville; as far as medcial boot go the patient liason and grienace central office haev been deliberaltey indifferrent  into solving the measures

All content is stated under penalty of perjury
DR. B. Patrick Emmett ND; PhD

litigation
parties
TDCJ corporation c/o receiver executive director and administrative director
#2 WALKER COUNTY CORPORATION CLERK LESLIE WOOTEN
#3. TEXAS BOARD OF PARDONS AND PAROLES
#2. STATE OF TEXAS CORPORATION
c/o govenor
All corporations are addressed under corporational identity under
TEXAS RULE OF CIVIL PROCEDURE 33( see texas rules of civil procedure
annotated, " all  cor counties, cities, etc, must be addressed under their
corporational identities  or else the suit is void from its inception
claims
#1. 2015 i filed habeas corpus under  texas penal code article 1 section 27:
"[ where] the code does not apply, the common law shall govern.  i paid for civil
action file 14-26900. STATE OF TEXAS CORPOPRRATION c/o governor, was served
process for  common law habeas corpus. The only argument was procedural on
SMJ.
#3. court overruled STATE argument by operation of law( 90 days see texas rules
of civil procedure annotated).
$. I then filed notice of default judgement, and default judgement. Since that
time court has refused to enter default judgement. The argument was  simple:
The Texas penal code is invalid thru lack of promugational clasue, TEX CON
article IV. Look at TCPRC, and preamble states:"[B]e it enacted" There is no root
derivitive fro the penal code, enking my conviction VOID. See also  TEX COBN.
 at article 1 section 29:"  if any  part of this constitution is violated the
law is VOID from its inception. emphasis added.
#4. In 2015 the judge was  Donald Kramer and i had physical j hearing. the clerk
at that time was Robin flowers, The docket report shows service on STATE OF TEXAS
CORPORATION C7O GOVERNOR, near 2015  thru $85 dollar payment to clerk.  the
second argument was also no contract, under TEXAS COMMERCE CODE artilce 1
section 9.402; 9.628 and 2-302. This was supported byBLACK LEDGE V ALLISON (1960)
 BRADY, PARKER AND MCMANN(1970). PATE AND RICHARDSON( 1970 ERIE RAILROAD V
THOMPKINS  (9138). :"[Where there is no contract, there is no case.
#5. Fast forward, to  evidentiray hearing, over phone, new judge and clerk,.
Clerk name is Leslie Wooten. I once again argued under TBC 9.402 and invalid
penal code; STATE REFUSED TO REBUTT. Leaving them in default once again. Thru
the verbal transcripts,  it will be recorded that the new judge states he
will issue written opinion, which as of that date near sepetember  this year
2023, he has refused to do, and clerk  wooten  refuses to accept money from
my account in any manner on forcing default and written opinion and additional
service on the default. The issue is already consented to  2 seperate times that
i have won criminal appeal also title common law habeas corpus, 2 times for
judge to issue default judgement and written opinion, would mean my release
and admonision  that penal code  is not a valid law. Even when one addresses
that state law library asking for bill signed by govenor, that validates penal
code, they cannot produce the bill signed by the govenor. The requested relief
is simple, force the judge to enter default judgement which will releasee
 me. and  also clerk  to accpet payments on service of process as well

page 2  litigation 2023

## II TEXAS BOARD OF PARDON AND PAROLES

#1. i completed  what is called ND at 4.0 level, curiculum, then PHD in heath science, along with 7 independent medical trades like certified fitness trainer. all of whic qualify for  educational pardon. I submitted thesis along with request and board ahs ignored that request since 2020 when submitted( see USDC file 3:21-1581 for complete thesis. see  6:2--655 for copies of all degrees and trade certificates. id, since that time in 2020, board refuses to acknowledge that i ahev requested such pardon. Moreover, i completed PHD in medical filed under teh worst prison conditions possible, closed custody, and seg, ten year commissary restriction, five yr property restriction, and  still shined. Whats more, is that i already won argument that penal code is invalid making the issue of pardon even more relevant as no crime could ahev possible been committed, since code isnt law, no ' law' was broken. Lets think inter alia, that such was; firing a weapon ion the air, was 2 yr misdemeanor, which was completed long ago. after 19 yrs incarcerated

#2. Next is medical pardon, I have lupus which can only  be treated by sunlight, that  of which i ahev been denied for over ten yr, sorry 15 now; and with incessant staff shoratge, this will not be likely to undo. Next. Is fact that i need retinal replacement surgery, which only occurs in japan, along with  cornea replacement surgery. Couple with the fact that i am 20 pounds under weight and that  their is no way to obtain necessary iodine, or vitamin d thru tdc diet, any furtehr  time in prison is death sentance, with all incessant staff shoratges as well,   access to medical care altogether is a broken system. I have needed hernia surgery for te, sorry 15 yrs, and  been denied basic care. my childhood beast frined runs the surgery team in richardson presbecterian, named Dr. Rohan Jeyarajah. I can access top quality care if released. The one surgery i did have which was bothced retinal reattachement violated tearms of contract which was to ahev experienced doctor  try surgery. I awoke to seeing kid  trainee that was not agreed to, i only accepted to try the retina replacement if . I specifically stated to  doctors that i would not allow  student trainee with no experience to operate,   with  retian not being able to be replaced, there was no need to  try and scrape teh catarax off, which has left me in pain for teh last 2 yrs since that time. there is no access to experienced care in prison, as they allow students with no  filed experience to practice and experiemnt on us. If I am not release soon to haev  the  retina repalcement surgeyr in Japan, the parts of the ritina can scar over so as to disallow the replacement surgery, which makes medcial aprdon all the more fervent and needed. the basis is like wise, that i already won the argument that my sentenance is VOID thru lack of  valid 'law' being broken. Again, open preamble top penal code, and theri is no basis in constitution which is required under TEXAS CON article IV. Im also legal blind with federal disability file number 184634 and suffering from sarcopenia, with severe muscle loss. a basic amle diet  needs 200 grams of pro protein which is impossible to b obtain in tdc. Whats more, is vitami d is also impossible to obtain with  powder milk being damaged, cereal having no vitamin d and i have gluten allergy. access to sunlight  is  only way to obtain  vitamin d. anopthe example is i have  needed medcail boots for last ten yrs and not been provided, such, id i haev needed glasses ten yrs and not been provided such, denial of basic care is routine  and all on record, and supports claim that i need medical  pardon

page three litigation

III. TDCJ BOARD DIRECTOR ADN EXECUTIVE DIR AND ADMIN DIR

#1. I qualify for medcial furlough., since the procedure i need is not offered by contract taem contracted with TDCJ, this qualifies for furlough which is being denied i can only obtain the retina replacement surgery in Japan. As stated previous my childhood friend os over gastroinstetinal surgery in richardson and with the bothched allowanced of chidld experimentation with students that ahev no experince. i have no chane at experienced medcial care unless allowed access to outisde surgery. I have not been allowed access to yearly optometry appoinets as well, and the one time that i was offered such in 2012, this till did not fully correct my eyesight. I need acess to outisde optometry appointsmenst as well.

IV. BOARD OF

BOARD BOARD OF PAROLE

#1. I qualify for specail review of parole, and am being denied equal protection of the law 14th amendment.

#2. in last 6 years, i haev personaly witnessed gang affiliated inmates in seg that were not even up for parole be granted parole, even when not elligible for such. The fact that the board will not review me, denies equal protection of the law,;

#3. Arron Busbeen, confirmed aryan brotherhood member, granted parole 2019 when not even up for review;

#4. Antonio Meddilin, confirmend member of rasa unida, granted paro;le by specail reviusw when not even elligible, yr 2020.

#4. As stated supra, the texa penal code isnt valid, and my charegs were also case of mistaekn identity:"[S]ecired aprty not liable on contrat for debtor. my ch charges do not even relate to me

2009 i was 235 pounds with 18 inch arms with better blood pressure than i have now i am currenly 150, and 20 pound under weight with arthritis in every joint and failing helath. see LIFE EXTENTION MAGAZINE, where it discusses vitamin d as need hormone not just vitamin. there is now way to obtain this basic vitamin without being granted medical parole. Moreover, i haev no way to challange medcial care when state court tort lawsuit 14-26900, will not allow filings in the bonded lawsuit emmet vs utmb, file 14-26900. this has been bonded with $2,500 payment and still clerk and court will not allow relief; releif in federal court can take years as wel, and like sttated forcing help with utmb is deadly chance to take, with students with no experience are allowed to experiment on you.

The purpose of suit is primarily to force WALKER COUNTY to issue judgement on common law habease corpus which will release me, and to also force TEXAS BOARD OF PARDON AND PAROLE TO ISSUE ACKNOWLEDGEMENT THAT I SUBMITTED REQUESTS FOR PARDON BASED ON EXCEPTIONAL EDUCATIONAL ACHIEVEMENT AND ASLO QUALIFY FOR MEDCIAL APRON as well UTMB has even recently overruled my 15 year long gluten diet which is pal placing my life in danger, whci im not including in suit but to present need for medical pardon as far as the issue of parole goes, it should be noted that

page four litigation 12-23-23
parole continued
It should be noted that that i was sentenced to 40 years and no finding of deadly
weapon issued at court; this was done after teh fact by TDC alone, and if corrected
 i would have qualified long ago for parole; while this was done in 2006, efforts
to correct this now have all failed, so this leads to addressing correction by
court as to 'why' TDC believes they are court of law entitled to adjudgement of jury.
TDC took it into thier hands to add the findign of deadly weapon which i did not
come to prision with, and again all efforts that i have made have failed to vb be
corrected. As far as  forced injuntive relief of board, thsi woudl be  properly
addressed by suit in austin. the only releif that can be obtained outside that
scope is declarational. If filed in houston, im asking that that this amtter of
baord of pardon adn parole be transfered to austin federal courts.
relief I'm asking is boith trial, declarational, injunctive along with temporary
restraining order, adn preliminary injunction. .  Both the issue of walker county
refusing to enter default judgement, and need for medcial pardon and medcial furlough
 all qualify for TRO and preliminary injunction. Pursuant to TEXAS RULES OF CIVILE
PROCEDURE 93 and 94 I am competent to make affidavit; of sound body and mind. All
claims are stated under penalty of perjury. pursuant to TEXAS RULES OF CIVIL
PROCEDURE 52, i offer negative advertmant. I need emergeny gastro surgery, emergency
retinal replacement surgery, and basic glasses appointment which ahs been denied
for 15 yrs now. This court should also note that file 6:21-243 addressed matter of
WALKER COUNTY; severed, then transfered to houston to judge GRAY court. Since that
tiem TDC has illeglay denied mail to houston court, as even with most all attempted
legal amil, basic legal mail is disposed of, and TDC employees  refuse to supply
 certified tickets . See example enclosed, See also example enclosed of  my
documenetd glten allergy meal beign overridden, by tdc contract employees. relief
also sought, is removal of tdc made alteration of records, which is  what tdcj
ddi and refuses to correct to date, the  tdc promulagted affinative finding of
deadly weapon. Relief also sought is injunctive, on  tiem credit, which i will
also address in habeas, see enclsoed where it shows  700 days of  work time lost
under RUIXZ V ESTELLE, work time was provided in lieu of payment and cannot be
taken Combined with tdc made affimative finding of deadly weapon id be under
paroel review long ago.
#1. Its in public interest o that officers of law obey the law;
#2.  relief of merrist, ... the dockets report in walker county proves that  i won
staet court habeasee corpus under default  so TRO and prelim should issue;
#. I have absolute right for pardon request to be responded, to , as the request
was made certified return requeste receipt. moreover, i have absolute right that

Dr. Barry Emmett ND; PHD
i noted above that 6:21-243 severed walker county claim to houston, which
mailed spears questionaire; tdc has to that date refused to allow mail to houston
courts see enclosed example where tdc employee refuses basic service of certified
tickets, which is ony way that  one can verify that  mail gets to destinations this
has been routine for 15 years as well. one should also note that i have been
denied basic access to daily sunlight over the course of the last 15 years which
is only getting worse with incessant staff shortages  all over the system

page five litigation 12-23-23
TDC

#1. I have no access to id iodine without suffering bodily damage, nor even basic vitamins, which are all now wheat contaminated TDC health servvices division patient liason, and central grievance office offer no relief, which are all centralized in huntsville, see aslo BP 01.03 which delegate all powers of board to executive director;

#2. food services director does not ensure that we receive 2,000 calories; id, nor doe such ensure healthy and nutricious diet, by offering basic daily salad; id, nor are we offered even basic daily fresh fruit id, nor are we offered any form of routine real meat, which is only way to obtain vitmain b12m since teh diiet does not offer real meat, and i have been diagnosed with pernicious anemia, this also qualifies for medicla pardon, which can cause permenant brain damage;
id with exec, the contracts that tdc uses stating companies are employing 'salt violates deceptive trade and practices act, as teh form of salt used is not listed and tdc is incessantly using companies that use illegal amounts of sodium alumino silicate like GLOBAL PACKAGIN INDUSTRIES, that list 'salt' but its not listed the 'form' which in globals case, i know for fact that they use 100 % percent aluminum slat, which is also what food services direcotr passes out to segregational inmates, and is 48 x over FDA allowable amounts. the multivitamin that we have acces to has now discluded iodine, making aluminum slat that a only way to obtain daily neded iodine; the multamin vitamin company also violates DECEPTIVE TRADE AND PRACTICES ACT, , as it lists all included daily needs, wehn 150 mcg iodine is discluded, which makes claim to be false; tdc also ahs now used cereal companies that disclude iodine and i have gluten allergy( see medcial records august 2012 2nd thru the 6th). i hvae now way to obtain daily vitamins and minerals with tdc diet

#3. tdc has policy of deliberate indifference on toxic metals in water supply that palces my life in danger, see records 6:21-0001. on arsenic, and antimony. You will also see the amount of aluminum . im seekin TRO prelim on access to iodien that isnt aluminum contaminated from global packaging industries; fresh fruit issued daily; basic salad issued daily which are all critical for digestion im seeking emergency release from segregation and assignment to unit that has onsight optometry on such, and emergency optometry appointment wheihch has now been denied for 15 yrs efforts to use step 2 grievance system

#4. concerning the lab reports that i have on file at 6:21-0001 that prove incessant toxic metal contamination, i'm requesting emergency issuance of 200 bottles of water by tdc admin and exectutive direcotrs; thes labs represent ten years of subjection to toxic metal contaminated water supplies, on this matter, 200 bottles by tdc issued per moneth is only partila raleif, i demand also jury trial and substantial damages, as i am unable to even read a book now, thru sustained brain damage;

#5. step 1 and 2 grievance systems, huntsville ombudsman, and huntsville patient liason( i believe medical issues are addressed by myra walker, chronic issues are also supposed to be addressed by university team management). when addressing mater of multivitamin, im told by all listed parties to buy from commissary. with wheat allergy, the commissary vitamins now contain wheat, so im unable to use. also with lupus diagnosis, the only way to treat is vitamin e and c, and sunlight vitamin d not only is tdc helath service division not providing vitamin e and c

tdc policy of not allowing one to take off shirt at recreation violates my basic human rightsand is deliberately indifferent to allowing obtainment of vitamind.

page six litigation 12-23

i actualy had hospital ordered vitamin c at 1,000 miligrams 2-23-22, yet upon
arrival back to unit, tdc refused to provide' step 2, patianet liason, central
grievance office all disallowed addressing along withg ombudsman office, on
why hospitals orders were not being followed. the ones on commissary are now
wheat contaminated. The accessable vitamine E is also now illegal format of
di-tocopherol-acetate( see Frobes magazine september 2020, where it discusses acetate
from attrbuted to cancer in E-cigarettes; FDA then banned usage of 'acetate format);
not only is acetate format only one available,  the restrictions of one per 90 days
 serves no penalogical interest' and abroagtes principal of 'therapeutic 'application'
of vitamin  and minerals, as it takes at leats 600IU  to use vitamin e daily in
therapeutic amount. My diagnosis of lupus is skin condition, and  E and C need to
be issued in 1,500 on c and 600 on E to serve any usage; this cannot occur with
commissary restrictions, and tdc helath services refuses to treat lupus in any
manner, my skin is ashen, and bleeds and ruptures with ease, not only am i
requesting therapeutic application be issued by tdc, but also to have emergecny
 release from seg with mandate that i haev access to outside sunlight wity ability
to take my  shirt off and allow sunlight to access my sikin.  the policy to
kep  shirt on while outside rec serves no viable application other than to be
overly punitive. there is no other way to obtain vitamin d, its not in damaged powder
milk, nor can i consuem the wheat cereal, which does not even have any. outisde
sunlight is the only way  for me to obtain such. .
#3. I have peripheral neuropathy, which is nerve disorder, and or nerve damage.
once agin, no medication can effective treat such. The only way is to address thru
intergrative measures, and use therapeutic application of "B" vitamin complex.
If no tdc or utm complex exists, then  several multi-vitamisn would haev to be
used  a day to naturaly treat.
#4. on file is recommendation by mental helath PHD hamayorah that i be provided
 omega 3 fatty acids, and what is called neuro-guard; when addressing this with
 regular provider, thsi recommendation was denied.  this is routine' the only
 solution i can see with vitamins now all contaning wheat i i am allergenci is to force
tdc to allow me to purchase from LIFE EXTENTION BUYERS CLUB my vitamin and mineral
needs; this should eb allowed due to not having history of attempts of inducting
contraband into syste.;
#4. tDC is refusing to allow me to  purchase shoes, and glasses and be sent in;
legs are one inch different, specially made shoes are needed, glasses are supposed to
be allowed thru SPECAIL NEEDS OFFENDER DIRECTIVE, di sic since i have federal
disability file number 184634, tdcjs own policy allows direct mailing of eyeglasses;
yet tahy refuses to follow their own policy. my feet are dead flat and i need
arch supprost which is in medcial records 2009, yet tdcj refuses to renew;
vitami bl2 shots were pr ordered, yet tdc and parties refuse to  renew, thsi takes
adding vitamin b6 as this is synergistic with bl2( see VITAMIN ADN MINERAL ENCYCLO_
PEDIA)
#5. i have si spinal damage documented 2013 exray, tdc refuses to provide
 back c braze, or renew hydrocodone 3 times daily. this has been exacrbated
with officer assaulting me 2 yrs ago and damagiong upper spinal column, which has
to date  been untreated by either e-ray, nor with pain medication either

page seven litigation 12- 23-23
page seven
TDC
#5.   TDC is violating more protected states right, thereby 'creating' liberty in-
terest' of 14th amendment. Under title 37 secion 261, TEXAS ADMINISTRATVIE CODE,
and under HILL V STATE( :"[w]here one has  more protected state right this must
be specificly pleased or one loses tha right( see HILL V STATE). TDC is required
to regulate the temperature at all TDC facilities under 37 TAAC section 261.
60° to 80 °.  This would make no difference where im located, nothing retains
me to this unit, and i haev been assigned to  wynne, estell, beto, coffiled b
along with ellis 1. id like to go back to ellis and take advantage of bus barn
trades, yet with  he heat levels rasing, ellis would need to obtain air conditioning
STATE was  passed buck proverbialy, by TDC, we are incarcerated by STATE then STATE
created 'board' board then created executive position, and all contracts are under
'delegated power of board thru bp01.01 -01.03 Last time this went thru court it
was ent to house and senate, TDCJ  passed to office that court ahd no jurisdiction
over, this matter woudi be best addressed agasint board of director in aunstin
and STATE OF TEXAS CORPORATION c/0 governor, since this matter has already been
thru litigation and tdc lost, injuntive relief can only be obtained thru addressing
senate, house, and govenor, since the measures failed to  pass both house and
seanet, one woudl need to ask seanet adn house to follow 'law' via tile 37 TAC section
261. there is no need for non sensical litigation in another venue, since injuntive
releif against house, senate and govenor can only be obtained in austin. This matter
along with  litigation against board of pardons and parole needs to be severed
and sent to austin, the only reason this is addressed is same complaint is tdc
threw away all of my addresses, and my own texas legal directory so im unable to
send to to mail such directly
Im seeking systematic inducement of air conditioning in all units severance
to austin federal court along with matters addressed again texas board of
pardons and parole as well

V. TDC
³1.. For teh last 18 months no mail has been allowed off unit to any of my friends
not normal or certified, gang intelligence office also is confiscating emails
and mail stating that soverignty  information is illegal, when im asking friends
to  look up banking and  tax law, under title 12 USCA and  tile 26 USCA;
³3. alot of this has  to been to stop complaints from leaving unit, and this
has been so incessant, that for last 2 yrs, my family ahs  heard from me so little
that they  are routinely calling up here and asking if im still even alive, since
so little amil is leaving unit. my mail goes thru SECURITY THREAT GROUP office
and i have  no way to know if  the huntsville office is one confiscating emails
and mail, or its unit based, all it states is "STG". This violates 1st amendment
as  stopping mail upon fradulent basis also places my life in danger, since i
cannot obtain medcial advocation,  without mail leaving unit, and see also the
ticket enclosed where amilroom is statign they will never again send me certified
tickets. This is soutine
³2. huntsville trust fund directro acted like she or eh sent 15 dollars to
dalisas federal court, 2 yrs ago, to apy habease corpus filing fee, then waited
a couple months, and replaced the money. Even now, there is 450 dollars that is
not on account, but trust fund purportedly shows as haveing left to US COURT but
never got there, and  has never been cased to date£ 2 years ago, see also the same
issue occuring with MIDNIGHT EXPRESS BOOKS

LITIGATION PAGE EIGHT 12-23-23
³3.  TDC handbook states that we ahev right  to ahev commissary access each 2 weeks
spending period the . we are routinely going  45 days without commissary access
top where i cannopt write and draft  type suvbmissions  for  my post doctorate
papers. my publishers requires that all submissiosn be typed, and also tdc refuses
to sell  typewritter ribbon, both togetehr violate my rights under 1st amendment;
³3. tdc  has not allowed money off my account in last 2 years. to any company
or court, supoening the records will support such, ive tried to send to frined
that acts as fudiciary to help send money iwthout tdc approval, tdc refuses to
send off normal money or legal, the one time money was allowed off to walker county
tdc illegal removed the letter of instruction
³4. The matters of confiscating emails; the matter of trust fund  issuing funds
 to federal court but the money never leaving the trust fund, is all mattters of
records. im likewise seeking a reciprocal of  alteration of behavior; this like the
water issues haev all been systemic problems and  s are best addressed  thru
tdc corporation.

noet note: IF ISSUE WITH WALKER COUNTY OR BOARD OF PARDON EFFECTUATE RELEASE
AL  PENDING LITIGATION ARE HEREBY DISMISSED. Meaning, ill cut my losses and
feel fortunate to be alive

Note; With  issue of getting money off account,  and  toxic metals in water
and medical furlough, and medcial  issue with pardon board, im stating LEAVE OF
COURT TO PROCEED INFORMA PAUPERIUS I HAVE ND AND PHD AND AM SUFFERING BRAIN
DAMAGE TO  THE EXTENT THAT I CANNOT EVEN READ BOOKS ANY LONGER. IM SEEKING TRO
AND PRELIM TO BE ABLE TO HAVE ACCESS TO VITAMINS THAT ARE NOT  WHEAT CONTAMINATED
AND  TWO HUNDRED BOTTLES OF WATER ISSUED PER MONTH SINCE I HAVE PROOF THAT THE
TOXIC METAL CONTAMINATION IS WIDE SPREAD, AND SYSTEMIC DEFFICIENCY THAT IS CAUSING
LONG TERM AND PERMENANT BRAIN DAMAGE, IM AGAIN SEEKING LEAVE TO PROCEED INFORMA
PAUPERIS. IM ONCE AGIN SEEKING LEAV TO PROCEED INFORMAPAUPERIS  ON BASIS OF NOT
HAVING ACCESS TO DAILY OUTSIDE RECREATION AND ALLOWED OT TAKE OFF MY SHIRT AND
OBTAIN NATURAL ACESS TO VITAMIN D. This would take assignment of wide spread and
systemic implimantation of more officers and staffin, since i have been denied
recreation of  such, at polunsky, coffiled, michaels i need emergecny TRO issued
on basis that global packagin indistries salt is aluminum based, and  not stated on
package; FDA ceased allowing aluminum based slat in 1907s due to dementai correlation
When i filed packages in suit 6:20-655, global packaging ceased listing 'type' of
salt; id, food services director is failing to train all his emplyees on food
service manual, and issuing salt packages on tray of food in seg, and also in general
population as well i need emergecny access to basic treatment for lupus with
natural substances, vitamin C at 1,500 mg and vitamin E at 600 IU. again note that
all grieavnces submitted in past on vitamins tell me to purchase them on commissary.
Now  that natural chioce has contaminated all vitamins with wheat, i have to rely
on tdcj helath service division to provide such, or haev tdc froced thru injunction
to  be able to mail in such; id with glasses, executive directive on SPECAIL NEEDS
OFFENDER DIRECTIVE, already allows glasses to eb sent in, but tdc sint following
thier own policies on the matter

6 pager  nine, litigation 12-23-23
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION HEARING.
        I need an emergency physical hearing, both for medcail fulogh
        requests for surgery on eye in Japan, and also for medcail pardon
on the severed litigation Im asking be transfered to Austin;...in both matters, one
will need to see what subjection to UIMB child experimentation has done to
my eye. Ive gone from a child liie pretty boy, to a scarred humanistic 'demon'.
the eye is permenatly red, and makes look demonic; it constantly 'tears; all day
long  and is in 'pain' even 2 yrs from date of surgery. this is waht should
qualify for TRO and preliminary injunction, for either the furlough r4equest or
 the austin litigation on  why board cannot issue  simple response on both educational
pardon, and  also medical pardon. If such hearing should be granted at Austin
id like  to supoena  my family that has photos of me  previous to incarceration.
and even internal, when i was 235 pounds with 18 inch arms; once i decided to educate
myself internaly, TDC took it upon itself to make me suffer the most it could, keeping
me in closed custody for almost 8 yrs, with 5 yrs no property, throwing away most
of what i owned more times than i can count. ive lost what is easliy 85 pounds of
muscle, and  am suffering from sarcopenia, or drastic muscle loss, and have arthritis
in each adn every joint. Looking at the simple intake pictures or ID pictuires,
and looking at me now with utmb damaged eye, one will see the need for practiced
medcail attention, and not soam galveston experiment. We only get one digestive
system, unlike  eyes, and  deadluing with incesssant shit water floods at coffiled
ten yrs ag,  sorry, 15 yrs ago, my stomatic lining has my intestines in  my throat.
Never-the-lesss, seeing waht ahppens to UIMB experimentation is enough to see  the
necessity for emergency forced medcial furlogh, or medcial aprdon. The  initial
request  for pardon went with thesis, of my PHD in helath science.  this went
 to STATE OF TEXAS CORPORATION, c/o govenors office. I was told that the request
woudl be  forwarded to the office of pardon and parole; this was . as stated
i already won my state court criminal challange,  but the state court judge
refuses to issue the final written order and that can take yrs to force thru
mandamus; im asking for emergency  hearing to force medcial and educational
pardon, so i can at least die in peace,  for subjection  to
 The issue of my winning state court habeas corpus is on file at:
http://www.co.walker.tx.us.gov
see also  File 1-6976534
sos.state.ks.us.gov
id supra, @ walker
file 13-26361
Thru oral argument at court with judge, and attorney generals office represnting
STATE, september 2023, my argument was so solid, that the attorney general could
 only state:"[I]m not aware of  that claim". Trusth is,  state cannot argue against
the claim; it is short and simple so each adn every day spent thereafter is
treason, and treachery agaisnt fredom principals of 'liberty'.
        god gave us natural rights, that  even with 'law'itself should not be
overridden. Prime example, is tdc policy to disallow procreation. this is founded
in biblical law Each day i spend hereafter, i will argue for all rights that
can be ensued by myself, adn all inmates. ...:"[G]o forth and multiply.
        This is in Gods law, and not some code. Codes are to be enacted only
thru societal 'contract' this is 'why' even with a purported conviction, I still
had to be  forced  to sign the paperwork on top of judge conviction. Im asking tha
conjugal  visitation be allowed as well, since  my conviction is invalid and
 already won, i will argue such amtters like title 37 TAC section 261, and conjugal
visitation rights; and also the fact that the 5th circuit is the only circuit in
America to not address the forced double ceiling of inmates in 5X 8 cells as being

page ten. litigation 12-23 23
all other circuits held that double celling in 5 X 8 cells is and was unconstitutional.
I need forced implimentation of issuance of TDC providing 200 bottles of water  till
duration of my stay in tdc. all lab reports on file at 6:21-0001, represent tdc
inability to maintain water at estelle, wynne, unit, ellis, unit, coffiledd, michales
stiles, mcconnel, that is free of deadly levels of toxic metals. I need forced implimen-
tation of acces to simple multivitamin that contains iodine, and cereal that is gluten
free that contains iodien as well. I need access to salt that contains iodine that
also does not contain aluminum silicate at 1005 which is 48X's over federal FDA allowable
limitation; also the abrogatiopn of TDC usage of any company that uses title 'salt' but
does not  list the type and nature of salt( id chloride, alumino etc). I need froced
implimentation of staffing system wide  so anywhere I am housed I hava access to
daily  outside recreation, that also comes with allowance of  taking off my shirt and
 my skin having access to sunlight, which is  the only way to access vitamind. Even with
powder milk, the process of pwedering leaves teh milk deviod of the necessary
content requried daily of vitamin D. reiterated, i cannot eat gluten cereal, and have
no other way to obtian vitamin d at necessary amounts unless accessed to outside sunlight
with my shirt off. With lupus diagnosis, my arms, and legs are having  tears too easy
at simple scratches of the skin. Im discoloured to the point of being white, when i in fac-
fact have olive skin, and will look italian or mexican if allowed access to sunlight.
Its going on 15 years with no sunlight. This practice has to stop and be ceased.Even
with brief stay at coffiled 2021, minimum cistody, there was not outside recreation
run one time. this exemplifies that there is systemic issue with staff shortages.
Even now, there isnt staff to take me to escorted medcail appointments, nor to even
staff the  kitchen either to where meals are cooked. To exacerbate the issue of 1st
amendment violations, tdc has not sold me typewritter ribbons in the last yrs but three
times At polunsky as well. this issue is one i haev with ombudsman, and huntsville
gangintelligence, for all my mail goes thru main huntsville STG office, since i have filed
 a ucc 1-6976534, i am considered domestic terroristt.  I have had 2 wives in the last
ten years that tdc ahs abrogated, the communication with to the extent that they both
gave up; sicne both wer e also overseas, any tiem tdc felt like retaliating they simply
cut off my  amil to them. this is furtehr detailed in file number 6:22-369 along with
pictures. this problems is furtehr exacerbated in obtaining my tablet which exemplifies
over 35 peopel that ahev emailed me that i never received theri e-mails, all of whom
wrote from ads, that wrote extentign friendship and  help and assitance. Since STG
and all amilroom employees cannot find date or life, they prey ui uponm those of us that
can easily find companionship so as to feel better about themselves this too needs
to cease and desisit, and i need to be provided copies of all jpay emails  from yrs
20 2016 to 2022. tdc is currently making it almost impossible for family and frineds
to sign up  for current syste. Even when  i had the mail get to overseas companions,
the  physical letters and scanned emails were differenatils, meaning tha tdc is scanning
my outc going email request to companies and altering such, or doing so in route thru
email hacking. for when the physical copies were received from companios listed at
compalint 6:22-369, they woudi tlel me that the physical letters contained contents that
the emaisl did not. which leaves to another claim in that united state post office is
also conspiring wit tdc to abrogate overseases and us bound mail that that do not wish
to arrive to where its determined. both the companion in photo, 6:22-369 and even
recent emails, are all stating that they are getting amil returened for additional
postage when they had proepr amounts of postage applied

page eleven, litigation 12-23-23

So, the biggest problem i have right now is mail for i haev countless advocates that will help, but that communication is being shut off, with the help of UNITES STATES POST OFFICE AS well, Thsi too all started 2009 at ellis one, where teh post office routinely sent back mail for pennies, all in form of incessant antagonisim of the local writ-writter( meaning myself).

the fact is that i haev accomplished what no otehr inamte in history will again achieve, which is 2 medcial science doctorates all at 4.0 level, all within5 years. See phd thesis on record 3:21-1581 and also at 3:08-2219 rule 60. see  thyroid book and fitness book on file 2:18-247. see all degrees on file at 6:20-655. Enough is enough, i won my case in walker county under TEXAS PENAL CODE ARTICLE 1 section 27: [W]here teh code  does not apply, teh common law shall govern. Both arguments 2015 and jsut now sept 2023, state was at loss for words; 2015 argument was 1107 was proper vehicle, that court lacked SMJ;........thsi was sadly overruled by judge in what is called procedurasl'operation-of law'; meaning in common law, that when the judge . does not respond to motion its overruled within  90 days

I believe a physical hearing is necessary for the court to see how drastic my appearance is concerning allowing utm,b to experiment upon me. My appearance has gone from pretty boy child, to sadistic madman with evil red eyey; somewhat like Arnold Swartzenagger in Terminator.

The penal code is invalid thru its own state laws and constitution. I have been here for 19 yrs  all for nothing; however, I have put that time to good  usage and completed 2 medical science doctorates, wncih is more than anyother inamte will ever complete; and, I also spent a conjunctive ten yrs in law school.

My argument is simple:"[W]here there is no contract, there is no case". (see ERIE RAILROAD V THOMPKINS[1938]). see UCC 9.402 and  uu2-302.

In the alternative, to forced injunctive relief, with pardon,  the houston  court can request the 2006 records, adn see where its TDC that made the affirmative finding of deadly weapon, not the trial court or Dallas. If the court in houston can offer assistance in  reviewing such, why TDC refuses to correct its own action, I'd be up for parole now.

Concerning the charges, i fired a warning shot in the air to avert posible robbers. yet it was the Irving police officers that wou wound up robbing me. I do  not claim that my action were smart; yet these were the action of a child. See PHD thesis, at 3:21-1581 and 3:08-2219. A pardon would serve justice  for with my ND and PHD all i do now is try and assist peopel with natural helaith like how the system is broken in addressing thyroid issues(see 2:18-247) (dockets 67-72). I address how my condition and most peopels is secandary hypo-thyroidsism and that TSH will always look normal( see BLOOD CHEMISTRY FROM FUNTIONAL PERSPECTIVE, BY DICKENS AND WEATHERBY). TSH at .59 or .66 is not normal and should be treated to obtain what is euphamized as 'target area The patient liason system and  myra walker with step 2 grievance system is also broken. I was treated at Mt. wei with .075 levothyroxine at TSH .59,  This has sicna been removed in retaliation, and  TDC refuses to correct. via its step 2 pro cedure or via patient liason

page twelve 12- 23-23

My .075 levothyroxine has yet to date been replaced. When one reviews DICKENS AND WEATHERBY is shows where secondary hypo-thyroidism will always have what is considered normal TSH . see my own articles at 2:18-247 where it also addresses this same phenomena.

This argument is conjuntctive

#1. myra walker in huntsville is deliberately indifferent  to be able to correct my condition treatment with secondary hypo-thyrodi ism;

#2. This  also shows to board of pardon why i shoul be granted pardon on my should be granted early and special review like all the gang affiliated inmates that #2. list thess are not  even up for parole; Arron Busbee confirmed Aryan brotehrhood; Antonio Medillin, confirmed raza unida; Chane Fry confirmed Aryan Brotherhood; Brandon Peters, confirmed Aryan Brotehrhood. The fact that i am not granted speciall and early review, is violating my equal protection rights under 14th amendment. The fact that im not grnat pardon violates 5th and 14 amendment due process clauses. All I do is write articles, and books on medcial science now and I cannot list all the peopel I have helped via addressing them with natural health. Even internal guards get notebooks out and take notes as to  advisement I provide in the natural helath field. this is  what ND is, NATUROPATHIC DOCTOR. I use 'natural science' to heal and advise people that are hurt. I'm now for once in my life a positive member of societym and can oip open my own pratice on giving peopel medcial advisement; see too at 6:20-655 where I also completed a Fitness training certification. I can train peopel physical at gym or  even do in house physical therapy. My target area, is the super wealthy of Dallas where I woudi go to their homes or offices of CEO business world, Prestonwood; Preston-holiow; and Willowbend communities that have too much time and money on their han hands and will  apy superpremium to haev soem of my time in both natural helath advisement and internal fitness training and physical therapy( see fitness book written with diag digrams 2:18-247).

Consideration should be granted in the fact that i can no longer even read a book, due to brain damage via toxic metal subjection. This should be granted special consideration in  the fact that the federal courts can take 4 to 4 yrs to clear simple habeas corpus; i won state level criminal conviction at walker county, via teh september hearing 2023; if  the houston courts can force the . It is state on evidentiary hearing transcripts that the judge woudl issue written opinion; however, 4 months to date, he ahs not done so. For to do so, woudl grnat my release. the attorney generals office provided absolutely no argument agaisnt my  argument september 2023, nor 2015, 2023 they stated: *"[I]m not aware of that situation. 2105 attorney general office argued that 1107 was only vehicle, and court lacked SMJ or SUBJECT MATTER JURISDICTION.

Judge Donald Kramer overruled the state; but refused to issue default judgement agaisnt the state, for  refusing to argue the merrits means consenting to the claism therin. State was required at teht time to  have 30 days under common law to 'demure' I then had 30 days to 'traverse' State failure at that time grnated me my claim in full aspect.

No one ahs time tut prisoners to research claims like i addressed, so I can not hoid against the attorney general for mistakenly believing that 1107 was only  vehicle; yet by refusing to addres merrits this maent 'consent.

I have not won my argument once, but twice now in state court. Via TEXAS RULES OF  CIVIL PROCEDURE, I FILED NOTICE OF INTENT TO SEEK DEFAULT JUDGMENT ........THEN CAME BACK TEN DAYS LATER WITH DEFAULT JUDGEMENT. The court has refused  for ten years to  enter my default judgement

page thirteen
12-23-23

If for soemreason  its prolonged as to my being incarcerated, it needs to be addressed in the fact that i was diagnosed with carpal tunnel syndrome 2011, and haev not been treated as of date( see ENCYCLOPEDIA FOR VITAMINS AND MINERALS), Carpal tunnel can be treated with vitamin b12 and b6. tic health services refuses to renew b12, and b6 is synergistic with b12; they haev to be issued togetehr( seeESSENTIAL GUIDE FOR VITAMINS AND MINERALLS).

The food services director also refuses to offer kosher meals plan which voiolates RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT and RELIGIOUS FREEDOM RESTORATION ACT). This has been on going

It  will not matter to what unit i am at, i have been at 4 units in the last 4 yrs. A kosher meal has to be prepared and certified with rabbinacal authorities. I am certified Aleph member

VIIFIFTH CIRCUIT CLERK

After researching law for ten yrs I filed in the  fifth circuit what is called a petition for judiciqal review for judicail review under  tile 5 UNITED STATES CODE ANNOTATED section 705

This was sent from the world, and  a mailed certified return receipt requested; yet whne the green ticket even came back, the court refuses to file and review such. I asked them to review 3:08-2219-b, where i contain expert reprot that proves i could not  have  been competent on 600 i miligrams of thorazine. Dr Peter Breggin is one of the top phy Pschco-phamocological minds in  the united states, his expert report was granted under rule seven. Then, i also became a doctor myself with over 65 independent areticla mya self, addressing ones physiological and psychological state of mind, qualifying as an expert in the field myself  of medcial science under DAUGHBERT KELLEY RULE.

I filed rule 60 b motion in 3:08-2219-b,  then appealsed to  fifthe circuit The clerk once again violated 5th amendment and refused to file appeal stating i  discontinued appeal for 'want' of prosecution. This contention is idiotic in and  of itself, as i would not have filed the appeal to begin with had i not wanted to file the appeal.

I once again filed under 5 USCA section 705.

Dallas clerk refused to process 2 habeas corpus, fil numbers:

#1. 3:21-1581;

#2. 3:22-2036

Each time refusal to process over $75 filing fee violates suspension clause  in the UNITED STATES CONSTITUTION. Unless we are in time of 'war' issuing presedential war powers under tilte 50 EXECUTIVE WAR POWERS: then the habeas corpus should not be suskpended( see 6:21-243; 621;156;6:22399) each time USDC was apid over the amount of  405 dollars, so the five dolalr fee could have been transfared whihc i requested be done so.

Some of these matters occured over ten yrs ago, and still to this date on recent filings are still prevelent and remain issue violating 5th amendmentUNITED STATES CONSTITUTION

Any one of these avenues could ahev obtained my release from prison long long  ago if the matter does not fall upon the clerk, then the matter rests

Should my letters to the fifth circuit haev not made it there, then this also implicates problematic happenstance with eitehr tdc corporation or UNITED STATES PARCEL SERVICE. The issue though is verified that the 5th circuit clerk altogetehr refuses to file petitions for judicail review under title

page fourteen 12-23-23 litigation

Since houston does not have injunctive capacity over 5th circuit clerk in requestign that this court issue declaratinal right; also with dallas clerk Karen MItchell refusing to process file numbers 3:1 21-1581 and file number 3:22-2036. The refusal to file and process habeas corpus violates unites states constitution in habeas 'suspension clause. However, HJR 192 and title 12 95(a), does actualy implicate that we are in time of war with abrogation of gold clause and issuin 'banking-holiday mandate.

## VIII TDC CORPORATION

TDC has converted to a new tablet system that scans all mail into tablet. Since I have eye condition that causes light to hurt my eyes, I need to be granted approval to have my physical mail given to me.

This likewise is their policy that all pictures are scanned into tablet . I need to be granted right to receive my mail physicaly and receive my incomming pictures physiclay. With the diagnosis of bi-lateral advanced kerataconus, I was given dark tinted glasses in 2012, acknowledgining the fact that I have a light refractive medcial condition that casues light to be painful. this causes usage of the tablet to be painful; since i am leglay blind with fe3deral disability file number 184634, I need to be granted this right under AMERICAN WITH DISABILITY ACT AND AMERICAN REHABILITATION ACT: ALONG IWTH TDC CONSTRUED "SPECAIL NEEDS OFFENDER AC EXECUTIVE DIRECTIVE". Which states verbatims that:"INnates with disbilities are to be granted special consideration in all matters".

I was in Estell unit blin program for 6 years and left estella by choice sicne prison continued to take my property and target me for harassment for 6 yrs straight

This brings another issue, addressing secureus, and jpay system; I have over 35 contact e-mails that haev addressed me thru web advertisement trying to befriedn and help me, whereas I never received the jpay -emails and have no idea who these peopele are, othar than the fact that they signed up for jpay to contact and write me and i never received theri e-mails. This means that tdc is illeglay disposing of my incomming mail.

Even to date, i am not receiving all of my incomming dallas news paper. Wherere as TDC is try to abroagte outside news. This has been incessant problem at estelle unit, wynne unit, ellis 1 unit, coffiled and michaels; along with mcconnel. relief sought is declaration of rights jury trial and damages sought; along with copies of all japy e-mails sicne 2016 tyo date yr of 2022.

Example od date, is outgoing e-mails are addressed, yet not getting to family; none of my physicla mail has arrived to elgal destinations in the last 18 months

#2. TDC disposed of my martinez report in file 6:21-243 blocking access to courts. In teh last 3 years, all my legal work, books, and magazines have been disposed of. When family addresses this thru huntsville ombudsman procedure, they states:"[H]se can use grievance syste". Huntsville ombudsman system is supposed to proivde independent investigation of matters addressed with them. What few letters ahev left the prison in last 3 yrs, ombudsman issueshaver specifically requested that crimies be severed and sent to OIG, whihc is internal police, which ombudsman director haes refused to do

litigation page fifteen 12-23-23
      Had the 5th circuit clerk filed my tile 5 petition years ago id be free
now
      Had teh dallas clerk filed my petition 3;21-1581, id be free now.
      granted ive been a litigous ass, ive also drasticly chancged my life
and becoem a productive member of society. agian my last book on endocrinology
is on file at 6;20-655 where i filed book title "THYROID AXIS". I have had
long conversation with internal officers where they take out note pads.
      Most of my communications that are disposed of, is ma writting to
help and assit aging family members, which is predatory and sadistic. All
of my family is in their 60'2s ; 70's and 80's. Its time for me to coem home  and
act as   productiev memsbr of society.  The houstong court or autin courts
can both offer avenues that can get me home, so in asking for expedietd
review on both courts


NOTE TO CLERK DAVID BRADLEY PRISON THREW AWAY MY TEXAS LEGAL DIRECTORY SO
YOU WILL  HAVE TO SEND COMPLAINT TO AUSTIN FEDERAL COURTS SO MATTERS
THAT  ARE SPECIFICLY ADDRESSED IN AUSTIN CAN BE ADDRESSED BY COURTS THAT HAVE
JURISDICTION OVER THOSE ISSUES.
THE MATTER OF AIR CONDITIONING IS ADDRESSED AGAINST TEXAS GOVENOR, ALL
HOUSE AND SENATE MEMBERS, AND  SEANTE LEADER OR SPEAKER ALL  HOUSE SPEAKER.
THE TILE # THIRTY SEVEN ISSUE HAS ALREADY BEEN WON AGAINST TDC, BUT THE
GOVENOR AND SENATE AND HOUSE USED BIPARTISAN GARBAGE TO DEALY TDC GETTING
FUNDING  FOR AIR CONDITIONING.

TEMPORAY RESTRAINING ORDER, PRELIMINARY INJUNCTION
      I HAVENT HAD GLASSES IN 1½ YRS BUT ONE TIME,   TDC HASNT SOLVED MY
PROBLEM WITH HERNAI, AND  LOOKING AT EYE NOW ONE WILL SEE THAT SURGERY
[WAS BOTHCHED. I NEED ACCESS TO OUTSIDE MEDCIAL CARE, GLASSES, HERNIA SURGERY
AND RETINA REPLACEMENT SURGERY ON EMERGENCY BASIS. IM LEGALY BLIND AND
CANNOT GAIN WEIGHT DUE TO HERNAI MAKING ME THROW UP ON DAILY BASIS. ISSUE
OF MEDICAL FURLOGH IS ADDRESSED AGAINST BOARD, DIRCETRO PATRICK  OLEHAY
BRIAN COLLIER,  BOBBY LUMPKINS ADMINISTRATIVE DIRECTOR, I NEED EMERGECNY
HEARING IN AUSTIN TO SEE WHETHER TEXAS BOARD OF PARDONS  WILL GRNAT MEDCIAL
APRDON ABSED UPON MEDCIAL ISSES LISTED, AND FACT THAT I ALREADY WON STATE
LEVEL HABEAS CORPUS, AND IM REQUESTING SUPOENA DUCES TECUM ON FILE  14-26900
WALKER COUNTY RECORDS SEPTEMBER HEARING TRANSCRIPTS, WHICH WILL SEE ALSO WHY
I QUALIFY FOR FULL PARDON, EVEN IF ITS TECHNICAL GLITCH SO TO SPEAK, ITS STILL
A GLITCH THAT INVALIDATES PENAL CODE THRU INVALID PROMUGATIONAL ASPECT OF TEXAS
OWN CONSTITUTION.

      This is drated on or about 12-22 -2023 year of our Lord, i am competant
to amke all claims, staements. All is stated under penalty of perjury;
I am over 21 yrs of age. I am not a corporation under TEXAS RULE OF CIVIL
PROCEDURE 52 above is stated pursuant to  TEXAS RULES OF CIVIL PROCEDURE
93 and 94
SUPOENA DUCES TECUM ALSO NEEDS TO ISSUE TO STATE LAW LIBRARY WHERE THEY
CANOT EVEN LOCATE SIGNED "BILL" BY GOVENOR THAT PREDICATES PENAL CODE.
KANSAS, SECRETARY OF STATE, COMMERCE DIVISION, FILE 1-6976534, also needs to
be sent to austin and houston diviosn both, on peron adn aspects of injunctive
relief

page sixteen litigation

 my own father was given life sentence for killing soemoen in self defense near 1979; courts agreed with self defencse argument and granted him appeal bond, and reduced sentence to 20. My arguemnt was simple, there is no valid  contract with invalid law.there is no 'law' that i have broken amking the sentence VOID unde article 1 section 29. Hence i should be granted expedited appeal bond as well, issued by Walke County, this shoudl be included in TRO preliminary injunction.

 irevarsible harm will come if court does not issue TRO and PRELIM MY EYE SIGHT CAN BE SAVED WITH THE JAPAN RETINA REPLACEMENT SURGERY, IF I AM NOT RELEASED SOON TO HAVE SURGERY IN JAPAN, ALL MY PHD KNOWLEDGE THAT I CAN ASSIST SOCIETY WITH MAY BECOME USELESS, THE SURROUNDING AREAS OF THE EYE AMY SCAR TO  POINT THAT THEY WILL NOT ACCEPT PETRI DISH GROWN NEW RETINA, SO IM ASKING  FOR SPECAIL CONSIDERATION, ADN REASONING TO  ALLOW INFORMA PAUPERIS PROCEDUERE, ALSO BASED UPON ALST $ YEAR HISTORY OF TDC NOT ALLOWING LEGAL FEES OFF MY ACCOUNT, WHICH 450 IS STILL ISSUED TO USDC, ADN  HAS NEVER LEFT  TRUST FUND

 I CANNOPT USE TABLET, AND NEED TO BE ALLOWED TO HAEV TYPERRITTER RIBBONS MAILED IN TO COMMUNICATE. () PERCENT OF COMPANIES THAT I USE AND MY PUBLISHER CANNOT REEAD MY HANDWRITTING

 The issue of TDC using companies that use moniker 'salt'  needs to be restrained. I completed 2 medical science doctorates in 5 yrs, but now cannot even read a book.

 TDC refuses to treat  ADD adhd along with depressive symptoms. I was taking adderall; vavance; doexpin amount 30 mg twice daily; adderall; doxepin, 100 mg twice daily 201 records, thru 2005. addrerall vavance, doepin 100 mg . records both vary from 1997, MHMR freeworld along with records from prison ID number 834897, MHMR is freeworl d organization now called ADAPT. located oaklawn dallas, and  loop twelve dallas, as well of records of my freewolrd doctor, Charles Kasbarian arapaho and Coit. Untreated mental helath conditions are a prevelance today; this amounts to deliberate indifferance to serious medical condition.

 Both houston court along  with austin court has been provided numerous wasy to end  the system of incesssant litigation, which is to lawfulluy release me from prison with the methods i have mention.

 One thing is  for sure, that  unless injunction is issued agaisnt TDC for incesssant mail disposal and interferrence, along with USPS UNITED STATES   POSTAL SERVICE I have no chance to litigate my claims. the last money mailed to walker county, tdc intentionaly removed instructions from the envelope, causing walker county to send such back.

 With walker county refusing to address medcial tort law suit that is bonded I asking this court to enforce  jurisdiction under tile 28sectiopn 1367 supplemental. both in addressin state tort claims, and  also states "LONG ARM JURISDICTION Over 5th circuit clerk adn dallas federal clerk Karen Mitchell

 Another issue under ADA ARA, is that TDC is supposed to provide recorders to legaly blind inmates where we can record audio and  send to family; with my federal disability file number 184634, this right is automatic, yet 15 yrs of date, i still have not been provided such

 TDC is also refusing to accept deposits of money for no justified reson. see records that i will suposna fathers mailing

 see jpays from leila fredholm, year 2022, where it states  last pj physical letter that  she received was one year old, so she  did not both to respond

12-29-2?



States "Essential Daily
Formula"
      w/o 150 mcg "Iodine,"
"Natural Choice" statement
Violates Deceptive Trade &
Practices Act

seventeen, litigation 12-23-23

tdc has taken ten, sorry 15 yrs of abuse and placed metal objetcts into food, to the extent that 5 major teeth have fracture to gums and had to be removed Since tdc malice was what casued teh matter, tdc helath services should be teh ones that are froced to rectofy the situation: Since I have addressed the incodical care to be included with retinal surgery and hernia surgery furlough;or, to also be added to consideration medical pardon. my teeth are imploding due to tdcs incesssant retaliation of placing metal aprts into food while in lockdown or segregational sitiutions, even if in population, the practice of months long lockdowns is violative of rights to basic healthly and nutritious diet. there is no plausible way to obtain 2,000 calories per day with 30 day lockdowns at a time. And with my completion of PHD in nutrition filed, I can state with expert authority that tdc is 'creating ' most inmates medical problems with what they feed somone. With my gluten reactions documented 2012, and incessant refusal to feed in line with basic requirements of such, this shou8ld laso qualify for medicla pardon There is no way to feed 2,000 calories with gluten diet in prison. The service of white rice only ensures that ones intestinal tract will become damaged since 11 white rice has 'dextrose' inclusive. this only designs to permeate ones digestive system. Moreover, the purporded service of 2 tortillas in place of 2 slices of bread, does not meet the requirements of daily calories either. To teh extent that this is reviewed in Austin, one needs to consider that I have complet4ed 2 medcial science doctorates and can help society if released on medical and educational aprdon. Subjection to prolonged tdc and commissary 'food' only ensure long lasting damage, and when i haev already won state court level proceedings i it ;l lacks sense to prolong the matter

## SUPOENA DUCES TECUM

I am requesting that docket report be supoenaed in EMMETT V STATE OF TEXAS FILE # 14-26900.

Im requesting the trial judge in September hearing be forced to attned the hearing in federal court as well, as to why he refuses to issue fianl order in teh hearing I won.

This will prove i am entitled to release, that should be delayed no further

Forcing Walker county to issue fianl judgement releases me, in the matter of EMMETT V STATE OF TEXAS

Forcing TEXAS BOARD OF PARDON TO PARDON ME BASED ON EXCEPTIONAL EDUCATIONAL ACHIEVEMENT RELEASES ME.

Ill still haev partials quality of life to where i can assit others without too many medcial ailments myself.

Subjected to furterh tdc diet, means only that i will suffer early demise.

If i do not get to Japan soon for retinal replacement surgeyr, i will lose all vision in left eye forever; thsi qualifes as irreplable harm. the right eye needs cornea replacement as well.

At the baer minimum, I qulify for medical furlough, to where i can ahev several months to haev teh major surgery of retinal replacement and hernai; then also follow up with the cornea replacement if retina replacement goes well. Grnated that i won state hearing that penal code is invalid, and contract is invaldi, via mistaken identity as well, thsi is not far fetched request

page eighteeen, 12-23-23

    Included in TRO PRELIMINARY INJUNCTION REQUEST

    TDCS own SPECIAL NEEDS OFFENDER DIRECTIVE, ALLOWS THAT I CAN EGT GLASSES AMILED IN IDRECILY THRU THE MAIL, WHICH TO DATE AHS YET TO BE HONOREND, IM REQUESTING THAT THIS POLICY BE ENFORCED, THAT I BE PROVIDED SEVERAL COPIES OF TEH DIRECTIVE SENT TO ME AND  ALSO TO MY OUTSIDE REPRESENTATIVE

    Next, TDC is refusing to treat Lupus, a serious medcial condition. This is untreatable, except thru vitamin c , d and e.

    upon addressing thru grievance system  they state i ahevnt even been diagnosed with this condition. ( see surgical records, doctor Petros Cordova at galveston, dianosing Lupus Eurythamatosus). ( approximate date is 6-16-2022).

    this represent claim against all internal greivance investigators, as well as patient liason system in huntsville. What is easily documented in records, TDC an UIMB act  like such does not exist( see Martinez reprot, file 6:21-243)..

    The Lupus diagnosis is already in permaneent fiel with federal courts, so teh internal and bullshit grievance system cannot escape what is already on permanent fiel

note:
Dr. Barry Patrick Emmett ND;PHD
is amilingh this thru anoterh inamtes name due to mi unit refusing to mail off any of my legla mail in last 10 months.
note to clerk and judge that all thsi is filed with, whiel i haev been deemed litigious in past, this is the most serious lawsuit to date, and  at all costs i wil  get the 400 filing fee to courts if judge does not allow my procedure IFP, informapauperis. note; This is notice of appeal if district judge denies the IFP  procedure  verified lab reports at 6:21-0001 prove that there are deadly amounts of toxic metlas in 4 units in the last ten yrs, to extent that tdc should be forced to provide me with 200 botles of water  pe4r month. Moreover, the matetr of medcial furlogh, glasses, eye surgery, stoamch surgery, and physical hearign where district judge can visibly see my eye where utmb bothced surgery, this shoudl qualify for TRO hearing to force eitern medcial furlough and medcial pardon.

    The TRO needs to be inclusive to request all trust fund records, for  the last 6 years, where is purports o to haev  400 filing fees , 15 dollar filing fees and 50  fees to outside companies, that  purportedly leave trust fudn, but never arrive to  its destination. TRO AND PRELIMANY INJUNCTION SHOULD INCLUDE REATRAINS ON TDC TRUST FUND. id, restraints shoudl include issuance agisnt tdc STG fro incessan confiscation of mail when i am asking friends in mail to address ombudsman complaints and patients liason complaints as well. TDCS solution to abrogate complaints has been to confiscate the mail.

    Restraints should be included  that tdc cease disposal of elgal work, books and legai work. 6:21-243, Martinexz reprot ahs been disposed of; my personal copy of TEXAS LEGAL DIRECTORY has been disposed of. In last 3 yrs, most all of what i won ahs  been disposed of. I cannot  litigate any legal claims on medcial denial unless court issues restraints agaisnt tdc; along with tdc STG department for incessant  disposal of legai work; books etc. thsi relates to  the one pair of glasses that i did have, tdc took maliciosuly to abroaget complaints. this relates to refusal of TDC to seeil and or allow typewritter ribbons be mailied in for last 3 years except teh last store date, in which 2 ribbons were sold for first time in 3 yrs

page nineteen, 12-23-23

I need TRO to include restraints agisnt tdc to allow em to receive mail and pictures physiclay, the light on the table damages my eyes with eye condition of rare condition diagnosed 2012, UTMB( see estelle optometry record)

Note: enclosed  you will see inamte sick call, where it states TDC HEATLTH SERVICES DIVISION.

This proves that TDCJ CORPORATION IS WHOM IS RESPONSIBLE FOR MEDICAL CARE AND OR LACK OF SUCH. Also, myu  problem on medical concerns is patient liason in huntsville, and centran or step 2 grievance office, which resdies in huntsville. Both offices are deliberately indifferent to addressing  life threatening conditions

In the intermitten times that my gluten restricted diet ahs been abroagted TDC has tried to serve me wniet bread.

Both in  white bread, and the processed 'syrup ' containing fruit that  is processed,  containins a material called "HIGH FRUCTOSE CORSYRUP".

F"FOOD AND DRUD ADMINISTRATION" is being deliberately indifferent to policing and banning the usage of  "HIGH FRUSCTOSE COR SYRUP".

The materail substance, is designed to permeate intestines, and intentionaly damage ones body; along iwth mind, and  along with ones colon; and  along with ones heart( see 2:18-247, title"PROMULGATION OF HYPONATREMIA").

The substance allows  permeation os sodium, to teh cornary area, which i then induces  cardiac compromise. The geneticaly modified substacne induces harm to ones body. Should  the FDA claim that teh substance is GRAS, then they are beign deliberate ly indifferent to  their own job which is  policing food and drug safety.  Its my personal beleif that the comapnies that use this substance know that  teh  matter is harmful, and  do not list so; hence the companies that use this  should be required by the FDA to list" THIS SUBSTACNE IS GENETICLAY MODIFED AND WILL DAMAGE YOUR INTENS TIANL LINING ALONG WITH CAUSE  PSYCHOLOGICAL CONDITIONS AS WELL.

Likewise, all table salt companies using 'dextrose' are failing to list this substance as "GENETICLAY MODIFED SUBSTACNE THAT WILL PERMEATE AND DAMAGE YOUR INTESTINNAL LING( see " BLOOD CHEMISTRY FROM FUNCTIONAL PERSPECTICE, BY DICKENS AND WEATHERBY") .This  book discuss what is called "LEAKY GUT SYNDROME". With completion of my PHD and 65 artilces in medcial filed, I know qualify as medical expert myself, and can state with authority, that the FDA is beign deliberately indifferent to policing substances and companies using products that are harful. Dextrose is listed as 'grape-sugar"( see medcial dictionary"). With slat, inducing  tnis geniticlay modified sub-stane into  slat, allows permeation of intestianl lining, and induces pressure on cardiac areas casuing high biood pressure, and can induce premature cardiac arrest The FDA is being deliberaetly indifferent to forcing companies that list dextrose in items like slat shakers, to states" GENETICLAY MODIFIED SUGAR THAST WILL PERMEATE INTESTINAL LINING" , S At the least the dextrose needs to se spell out that it is sugar.

The FDA  corporation is deliberately indifferent to policing companies like "GLOBAL PACAGING INDUSTRIES" that list 'salt, but do not spell out what form of salt is included, with the rising prevalance of companies using illegal froms of aluminum slat like global packaging industries, the FDA needs to enforce its own policies and by-laws  with more fervance

page twenty, 12-23-23 litigation

IV. PARTIES
UNITED STATES CORPORATION;
#2. food and drug administration corporation
#3. c/o solicitor general
#4. c/o FDA director

All internal corporations are sued via their corporational identity under TEAXS RULE OF CIVIL PROCEDURE 33.

This matter too, need inclusion on TRO nad preliminary injunction request, as i cannot obtian iodine from vitamin nor salt without subjection to 100% aluminum siat which i the FDA banned in the 1970's.

All content is stated under penalty of perjury.

I need emergency dental implants, for 5 teeth that have had to be removed due to incesssant tdc implimentation of metal parts in foods, breaking teeth down to roots. Top and bottom rows are now imploding
Dr. B. Patrick Emmett ND; PHD

ALL content is herby
Verified and sworn to
under perjury

12-23-22

Dr. B. Patrick (mnH/V.D.)
PhD
RE/TRO+
-17 page complaint
Internal